NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**JAMES A. WILLIAMS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————————

2012-5070

———————————————

Appeal from the United States Court of Federal Claims in No. 10-CV-753, Judge Victor J. Wolski.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The United States moves for a 44-day extension of time, until August 23, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JAMES WILLIAMS V. US                                    2

FOR THE COURT

 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s27